# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEAN M. KAECHELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:11CV315 |
| v. ) | |
| ) | ORDER |
| CLEAR CHANNEL ) | |
| BROADCASTING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Upon notice of settlement given to the magistrate judge on March 20, 2012, by Pamela J. Bourne, counsel for the defendants,

**IT IS ORDERED that:**

1. **On or before April 19, 2012**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The planning conference scheduled for March 20, 2012, is cancelled upon the representation that this case is settled.

DATED this 20th day of March, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge