IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN M. KAECHELE, | ) | Case No. 8:11-CV-00315 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO DISMISS WITH** |
| | ) | **PREJUDICE** |
| CLEAR CHANNEL BROADCASTING, | ) | |
| INC. a Nevada Corporation CAPSTAR | ) | |
| RADIO OPERATING COMPANY, a | ) | |
| Delaware Corporation, and CHARLES | ) | |
| TAYLOR WALET III, commonly known as | ) | |
| TAYLOR WALET, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice and Fed.R.Civ.P. 41(a),

IT IS SO ORDERED:

The Stipulation is granted. The above-captioned matter is dismissed with prejudice with each party to bear its own costs.

DATED: April 20, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

Prepared and submitted by:

Michael J. Merrick, No. 19855
MERRICK LAW FIRM LLC
3801 Harney Street, Suite 100
Lincoln, Nebraska 68131
Telephone: 402-933-4256
Facsimile: 312-269-0800
merrick@merricklawfirm.com

Todd W. Weidemann, No. 20505
Pamela J. Bourne, No. 21916
Erin L. Ebeler, No. 23923
WOODS & AITKEN, LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Telephone: 402-437-8500
Facsimile: 402-437-8558
tweidemann@woodsaitken.com
pbourne@woodsaitken.com
eebeler@woodsaitken.com

457675                               1